JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL PACHECO,<br><br>                 Plaintiff,<br><br>   v.<br><br>FIRST MANAGEMENT SERVICES, LLC; FIRST STUDENT, INC.; FIRST GROUP AMERICA, INC.; and DOES 1 through 100, inclusive<br><br>                 Defendants. | Case No. 2:22-cv-03784-FLA (MAAx)<br><br>**ORDER DISMISSING ACTION [DKT. 16]** |

On November 10, 2022, Plaintiff Abel Pacheco and Defendants First Management Services, LLC, First Student, Inc., and First Group America, Inc. (collectively, the "parties") filed a Joint Stipulation for Dismissal with Prejudice ("Stipulation").  Dkt. 16.

Having considered the Stipulation and finding good cause therefor, the court hereby GRANTS the Stipulation and DISMISSES the action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own litigation costs and attorney's fees.

IT IS SO ORDERED.

Dated: November 13, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge